IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  98-129-E |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 902 EAST 21ST ) | |
| STREET, ERIE, PENNSYLVANIA, ) | |
| including all improvements, fixtures, and ) | |
| appurtenances thereto and therein, ) | |
| ) | |
| Defendant. ) | |

ORDER

AND NOW, this ____ day of _____ , 2006, it is hereby ORDERED, ADJUDGED, and DECREED that all right, title and interest of Jennifer Brostmeyer be, and hereby is, divested and forfeited to the United States.

It is further Ordered that the United States Marshals Service is directed to seize and dispose of the Defendant Real Property in accordance with federal law.

_____
J.